# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM DURHAM, et al., <br> Plaintiffs, <br> v. <br> SACHS ELECTRIC COMPANY, et al., <br> Defendants. | Case No. 18-cv-04506-BLF <br><br> **ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS WITHOUT PREJUDICE TO FILING MOTION FOR SUMMARY JUDGMENT** |

On February 26, 2021, Defendant Sachs Electric Company filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). ECF 91. A Rule 12(c) motion challenges the legal sufficiency of the opposing party's pleadings and operates in much the same manner as a motion to dismiss under Rule 12(b)(6). *Irish Lesbian and Gay Org. v. Giuliani*, 143 F.3d 638, 644 (2nd Cir. 1998). Judgment on the pleadings is appropriate if, assuming the truth of all materials facts pled in the complaint, the moving party is nonetheless entitled to judgment as a matter of law. *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1550 (9th Cir.1989).

Upon reviewing Defendant's motion, and for the reasons stated on the record at the June 24, 2021 motion hearing, the Court finds the issues raised more appropriate to consider in a motion for summary judgment. The Court thus DENIES the motion for judgment on the pleadings WITHOUT PREJUDICE to Defendant filing a second motion for summary judgment. Although the Court generally limits the parties to a single motion for summary judgment, in this case, where Plaintiff argues that there are evidentiary disputes and that the motion for judgment on the pleadings improperly seeks to split claims, the Court is persuaded that the issues presented should be addressed under Fed. R. Civ. P. 56. Further, considering the extensive briefing on these issues already

submitted to the Court, page limits are fair and appropriate. After all, across all of the related cases flowing from the California Flats Solar Projects, the Court has considered the drive time and security time claims multiple times. Defendant may file its supplemental motion for summary judgment or summary adjudication after the parties' mediation session, which is currently set for August 2021. The opening and opposition briefs shall be no longer than seven pages and the reply brief shall be no longer than three pages. The motion is limited to the issues raised in Defendant's motion for judgment on the pleadings.

**IT IS SO ORDERED.**

Dated: June 25, 2021

_____
BETH LABSON FREEMAN
United States District Judge