1  PETER R. DION-KINDEM (SBN 95267)
   THE DION-KINDEM LAW FIRM
2  PETER R. DION-KINDEM, P. C.
3  2945 Townsgate Road, Suite 200
   Westlake Village, CA 91361
4  Telephone:    (818) 883-4900
   Fax:          (818) 338-2533
5  Email:        peter@dion-kindemlaw.com

6
   LONNIE C. BLANCHARD, III (SBN 93530)
7  THE BLANCHARD LAW GROUP, APC
   5211 East Washington Boulevard, No. 2262
8  Commerce, California 90040
   Telephone:    (213) 599-8255
9  Fax:          (213) 402-3949
   Email:        lonnieblanchard@gmail.com
10
11 Attorneys for Plaintiff William Durham

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14

| William Durham, an individual, on behalf of himself and all others similarly situated, | Case No. 5:18-cv-04506-BLF<br>**CLASS ACTION** |
|---|---|
| Plaintiff, | **Notice of Motion and Motion for Preliminary Approval of Class Action Settlement** |
| vs. | |
| Sachs Electric Company, a Missouri corporation; McCarthy Building Companies, Inc., and Does 1 through 10, | **Date:**  January 27, 2022<br>**Time:**  9:00 AM<br>**Ctrm:**  3 |
| Defendants. | |

PLEASE TAKE NOTICE that on January 27, 2021 at 9:00 a.m. or as soon thereafter as the matter can be heard in the United States District Court for the Northern District of California located at 280 South 1st Street, San Jose, CA 95113, Plaintiff William Durham will and hereby does move the Court for an Order preliminarily approving this class action settlement

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declarations of Peter R. Dion-Kindem, Lonnie C. Blanchard III, William Durham, the records and

papers on file herein, and on such arguments as may be presented at the time of the hearing on such motion.

Dated: September 15, 2021     THE DION-KINDEM LAW FIRM

BY: _____
    PETER R. DION-KINDEM, P.C.
    PETER R. DION-KINDEM
    Attorney for Plaintiff William Durham