| | |
|---|---|
| 1 | PETER R. DION-KINDEM (SBN 95267) |
| 2 | THE DION-KINDEM LAW FIRM |
|   | PETER R. DION-KINDEM, P. C. |
| 3 | 2945 Townsgate Road, Suite 200 |
|   | Westlake Village, CA 91361 |
| 4 | Telephone:   (818) 883-4900 |
|   | Fax:              (818) 338-2533 |
| 5 | Email:            peter@dion-kindemlaw.com |

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
177 East Colorado Blvd., Suite 200
Pasadena, California 91105
Telephone:   (213) 599-8255
Fax:              (213) 402-3949
Email:            lonnieblanchard@gmail.com

Attorneys for Plaintiff William Durham

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Durham, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>Sachs Electric Company, a Missouri corporation; McCarthy Building Companies, Inc., and Does 1 through 10,<br><br>    Defendants. | Case No. 5:18-cv-04506-BLF<br>**CLASS ACTION**<br><br>**Notice of Motion and Motion for Final Approval of Class Action Settlement and Award of Attorney's Fees and Costs and Class Representative Award**<br><br>**Date:** June 16, 2022<br>**Time:** 9:00 AM<br>**Ctrm:** 3 |

    PLEASE TAKE NOTICE that June 16, 2022 at 9:00 a.m. or as soon thereafter as the matter can be heard in the United States District Court for the Northern District of California located at 280 South 1st Street, San Jose, CA 95113, Plaintiff William Durham will and hereby does move the Court for an Order finally approving this class action settlement

    This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declarations of Peter R. Dion-Kindem, Lonnie C. Blanchard III, Mary Butler, the records and

**Notice of Motion and Motion for Final Approval of Class Action Settlement and Award of Attorney's Fees and Costs and Class Representative Award**

1

papers on file herein, and on such arguments as may be presented at the time of the hearing on such motion.

Dated: May 12, 2022                     THE DION-KINDEM LAW FIRM

BY: _____
PETER R. DION-KINDEM, P.C.
PETER R. DION-KINDEM
Attorney for Plaintiff William Durham

**Notice of Motion and Motion for Final Approval of Class Action Settlement and Award of Attorney's Fees and Costs and Class Representative Award**

2